IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **BETTY JANE IQBAL, D/B/A** | |
| **PONY EXPRESS NO. 27** | **PLAINTIFF** |
| **V.** NO: 4:07CV001105 | |
| **SOUTHERN GUARANTY** | |
| **INSURANCE COMPANIES** | **DEFENDANT** |

## ORDER

Pursuant to the stipulation of dismissal filed by the parties, docket # 15, Plaintiff's complaint is hereby dismissed without prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 5th day of February, 2008.

_____
James M. Moody
United States District Judge